■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULE HALL, Appellant. [712 NYS2d 889] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 16, 1995 (*People v Hall,* 220 AD2d 615), affirming a judgment of the Supreme Court, Kings County, rendered April 22, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Sullivan, Krausman and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNELL HUBBERT, Appellant. [713 NYS2d 129] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered May 5, 1998, convicting him of murder in the second degree (three counts), attempted robbery in the first degree (two counts), attempted robbery in the second degree, and criminal possession of a weapon in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., O'Brien, Sullivan and H. Miller, JJ., concur.